

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rice-Diaz, Ernest DEFENDANT(S). | CASE NUMBER SA10-468-2-M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def_____, IT IS ORDERED that a detention hearing is set for __Monday 11/22/10_____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   (Other custodial officer)

Dated: __11/8/10_____

U.S. District Judge/Magistrate Judge ROBERT N. BLOCK

---

CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT  Page 1 of 1